IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN VAI DICH,

    Petitioner,                          No. 2:10-cv-0172 GEB EFB P

    vs.

FRANCISCO JACQUEZ,

    Respondent.

_____/

JOHN LAM,

    Petitioner,                          No. 10-cv-0829 KJN P

    vs.

KATHLEEN DICKINSON,
Acting Warden,

    Respondent.

_____/

JIMMY CHI COOC,

    Petitioner,                          No. 10-cv-0882 MCE KJN P

    vs.

ANTHONY HEDGPETH, Warden,

    Respondent.

_____/

RELATED CASE ORDER

Petitioners, co-defendants in the underlying criminal action, are state prisoners challenging their 2005 convictions arising out of a fatal shooting on December 24, 2003, in Sacramento. Petitioner Dich is proceeding without counsel, and petitioners Lam and Cooc are proceeding through separate counsel. On May 18, 2010, pursuant to a notice of related case, the cases filed by petitioners Lam and Cooc were related. It has now come to the attention of the court that petitioner Dich was also a co-defendant.

As noted in the May 18, 2010 order, these actions present the same or similar legal claims based on the same set of facts. Therefore, the assignment of these matters to the same district judge and magistrate judge is likely to effect a substantial savings of judicial effort. The cases will therefore be related. *See* E.D. Cal. L. R. 123(a),190(d), 302(c)(17). Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. The first filed of these cases was *Dich v. Jacquez*, Case No. 2:10-cv-0172 GEB EFB P. The cases of *Lam v. Dickinson*, Case No. 2:10-cv-0829 KJN P, and *Cooc v. Hedgpeth*, Case No. 2:10-cv-0882 MCE KJN P, were filed after the initial filing of the *Dich* action. Accordingly, *Cooc* and *Lam* will be reassigned to the undersigned magistrate judge, and *Cooc* will also be reassigned to the Honorable Garland E. Burrell.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that:

1. The action denominated *Lam v. Dickinson*, Case No. 2:10-cv-0829 KJN P, is reassigned to the undersigned magistrate judge for all further proceedings. The caption on documents filed in the reassigned case shall henceforth be shown as Case No. 2:10-cv-0829 EFB P. Should a district judge be assigned to this case, that judge shall be the Honorable Garland E. Burrell.

  2.  The action denominated *Cooc v. Hedgpeth*, Case No. 2:10-cv-0882 MCE KJN P, is reassigned to the Honorable Garland E. Burrell and to the undersigned magistrate judge for all further proceedings. The caption on documents filed in the reassigned case shall henceforth be shown as Case No. 2:10-cv-0882 GEB EFB P.

  3.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: April 29, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3