IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN VAI DICH,

      Petitioner,                    No. 2:10-cv-0172 WBS EFB P

    vs.

FRANCISCO JACQUEZ,

      Respondent.                ORDER

_____/

      Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on July 23, 2012. On August 13, 2012, petitioner filed a notice of appeal. On August 22, 2012, petitioner filed a request to proceed *in forma pauperis* on appeal.

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

1

1     On June 6, 2012, petitioner filed a declaration which demonstrates his inability to pay or
2 to give security for fees and costs. Petitioner did not, however, claim entitlement to redress or
3 describe the issues he intends to present on appeal.
4     Accordingly, IT IS HEREBY ORDERED that petitioner's August 22, 2012 request to
5 proceed *in forma pauperis* on appeal is denied without prejudice. The Clerk of the Court is
6 directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,
7 and petitioner is hereby informed that he may file a motion to proceed *in forma pauperis* in the
8 United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).
9 DATED: August 27, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE